UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:     CHAPTER 13 PROCEEDING:
ARNULFO CUATE JR & ROSA ARRIAGA     04-70689-M-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

   1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Jul 30, 2004.

   2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

   3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

   4.   Checks to the party below have not cleared within 90 days.

      EBBETTS PARTNERS LTD MBNA AMER
      C/O WELTMAN WEINBERG & REIS CO
      323 LAKESIDE AVE WEST STE 200
      CLEVELAND, OH 44113-1099

   5.   As a result, funds owed to the creditor in the amount of $199.24 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted: Mon, December 21, 2009

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua Ste 600
Corpus Christi, TX 78478
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                                                   CHAPTER 13 PROCEEDING:
ARNULFO CUATE JR & ROSA ARRIAGA                        04-70689-M-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Dec 21, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


ARNULFO CUATE JR AND ROSA ARRIAGA
PO BOX 2892
MISSION, , TX  78573

LAW OFFICES OF JOSEPH J WOLF
223 WEST NOLANA LOOP
MCALLEN, TX  78504

EBBETTS PARTNERS LTD MBNA AMER
C/O WELTMAN WEINBERG & REIS CO
323 LAKESIDE AVE  WEST STE 200
CLEVELAND, OH  44113-1099